In the Matter of B. H. Inness Brown et al., Individually and as Copartners under the Name of Kellogg, Emery and Inness-Brown, et al., Respondents.

John Gerdes et al., as Trustees of Reynolds Investing Company, Inc., Appellants.

Submitted May 17, 1943; decided May 27, 1943.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 290 N. Y. 468.)

Gus Angelos et al., Copartners under the Name of The World Cafeteria, Respondents, v. William Mesevich, Individually and as President of the Cafeteria Employees Union, Local 302, et al., Appellants.

Elias Tsakires et al., Copartners under the Name of The Cosmo Cafeteria, Respondents, v. William Mesevich, Individually and as President of Cafeteria Employees Union, Local 302, et al., Appellants.

Submitted May 25, 1943; decided May 27, 1943.

Motions for a stay denied. Motions to amend the remittiturs granted. Return of remittiturs requested and when returned they will be amended by adding thereto the following: Upon this appeal there was presented and necessarily passed upon a question under the Constitution of the United States, viz: The defendants argued that the injunction granted herein violated the rights of freedom of speech and assembly guaranteed by the First and Fourteenth Amendments of the Constitution of the United States. This court held the injunction aforesaid did not violate the rights of freedom of speech and assembly guaranteed by the First and Fourteenth Amendments of the Constitution of the United States. (See 289 N. Y. 498, 507.)